AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Northern District of California

SECURITIES AND EXCHANGE COMMISSION
*Plaintiff*
v.
NAC FOUNDATION, LLC and ROWLAND ANDRADE
*Defendant*

Case No. 20-cv-4188-RS

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants NAC Foundation, LLC and Rowland Marcus Andrade .

Date: 08/31/2020

/s/ Mauricio S. Beugelmans
*Attorney's signature*

Mauricio S. Beugelmans, Bar No. 201131
*Printed name and bar number*

Murphy & McGonigle, RLLP
44 Montgomery Street, Suite 3750
San Francisco, California 94104
*Address*

mbeugelmans@mmlawus.com
*E-mail address*

(415) 651-5707
*Telephone number*

(415) 651-5708
*FAX number*