Reset Form

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION<br><br>　　　　　　　　Plaintiff(s),<br><br>　　v.<br><br>NAC FOUNDATION, LLC and ROWLAND MARCUS ANDRADE<br><br>　　　　　　　　Defendant(s). | Case No: 20-CV-4188-RS<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**<br>(CIVIL LOCAL RULE 11-3) |

　　I, Katherine D. Cooper, an active member in good standing of the bar of the State of New York, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: NAC Foundation, LLC, Rowland Andrade in the above-entitled action. My local co-counsel in this case is Mauricio S. Beugelmans, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| | |
|---|---|
| MY ADDRESS OF RECORD:<br>1185 Avenue of the Americas, 21st Floor<br>New York, NY 10036 | LOCAL CO-COUNSEL'S ADDRESS OF RECORD:<br>44 Montgomery Street, Suite 3750<br>San Francisco, CA 94104 |
| MY TELEPHONE # OF RECORD:<br>(212) 880-3630 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(415) 651-5707 |
| MY EMAIL ADDRESS OF RECORD:<br>kcooper@mmlawus.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>mbeugelmans@mmlawus.com |

　　I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 2257384.

　　A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

　　I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

　　*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: August 31, 2020　　　　　　　　　　　　　　　　　　Katherine D. Cooper
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

　　IT IS HEREBY ORDERED THAT the application of Katherine D. Cooper is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 8/31/2020

　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE *October 2012*

PRO HAC VICE APPLICATION & ORDER