KATHERINE D. COOPER *(appearance pro hac vice)*
Murphy & McGonigle, P.C.
1185 Avenue of the Americas, 21st Floor
New York, NY 10036
Tel.: 212.880.3630
Fax: 212.880.3998
kcooper@mmlawus.com

Attorneys for Defendants NAC Foundation, LLC and Rowland Marcus Andrade
[Additional counsel listed on the next page]

MARC D. KATZ (Cal. Bar No. 189534)
katzma@sec.gov
STEVEN D. BUCHHOLZ (Cal. Bar No. 202638)
buchholzs@sec.gov
ALICE L. JENSEN (Cal. Bar No. 203327)
jensena@sec.gov
A. KRISTINA LITTMAN (NJ Bar No. 04350-2005)
44 Montgomery Street, Suite 2800
San Francisco, CA 94104
(415) 705-2500

Attorneys for Plaintiff
Securities and Exchange Commission

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION<br><br>Plaintiff,<br><br>vs.<br><br>NAC FOUNDATION, LLC and ROWLAND MARCUS ANDRADE,<br><br>Defendants. | CASE NO.: 20-cv-4188-RS<br><br>**STIPULATION TO EXTEND DATES FOR INITIAL DISCLOSURE, RULE 26(f) REPORT, AND INITIAL CASE MANAGEMENT CONFERENCE, AND [PROPOSED ORDER]** |

MAUICIO S. BEUGELMANS (Bar No. 201131)
Murphy & McGonigle, RLLP
44 Montgomery Street, Suite 3750
San Francisco, CA 94104
Tel.: 415.651.5707
Fax: 415.651.5708
mbeugelmans@mmlawus.com

LIONEL ANDRÉ *(pro hac vice application to be filed)*
Murphy & McGonigle, P.C.
1001 G Street NW, 7th Floor
Washington, DC 20001
Tel.: 202.661.7039
Fax: 202.661.7059
landre@mmlawus.com

Attorneys for Defendants NAC Foundation, LLC and
Rowland Marcus Andrade

WHEREAS, on June 26, 2020, the Court issued an Order Setting Initial Case Management Conference and ADR Deadlines (ECF No. 5);

WHEREAS, incorporated within the Order is a deadline for the parties to meet and confer regarding initial disclosures, an ADR process selection, a discovery plan, and file an ADR Certification by September 3, 2020. The Order also set a deadline for the parties to file a Rule 26(f) Report, complete initial disclosures and file a Case Management Statement per standing Order regarding the Contents of Joint Case Management Statement by September 17, 2020;

WHEREAS, the initial Case Management Conference is set for September 24, 2020;

WHEREAS, defendants NAC Foundation, LLC and Rowland Marcus Andrade retained the law firm of Murphy & McGonigle, P.C. on August 27, 2020, and the defense attorneys need a postponement of the current initial scheduling dates in order for the attorneys to finalize its retention, file the *pro hac vice* applications, and familiarize themselves with the case;

WHEREAS, the deadline for defendants' response to the Complaint herein is now October 5, 2020 which will require defendants' attorneys' attention and focus separate and apart from the issues of initial disclosures, ADR process selection and formulation of a discovery plan;

WHEREFORE, the parties stipulate and agree that a 30-day continuance of the current dates is appropriate, and the parties therefore respectfully request that the Court reschedule the initial dates as follows:

(1) The new deadline to meet and confer regarding initial disclosures, an ADR process selection, and devise a discovery plan is October 8, 2020;

(2) The new deadline to file Rule 26(f) Reports, complete initial disclosures or state objections in Rule 26(f) Report and file a Case Management Statement per Standing Order is October 22, 2020; and

(3) The Initial Case Management Conference is rescheduled to October 29, 2020 at 10:00 a.m.

Dated: August 31, 2020

MURPHY & MCGONIGLE, PC

By: /s/ Mauricio S. Beugelmans
Mauricio S. Beugelmans (Bar No. 201131)

ATTORNEY FOR DEFENDANTS

Dated: August 31, 2020

SECURITIES AND EXCHANGE COMMISSION

By: /s/ Marc D. Katz
Marc D. Katz (Cal. Bar No. 189534)

ATTORNEY FOR PLAINTIFF

**IT IS SO ORDERED.**

Date:

______________________________
Hon. Richard Seeborg
United States District Judge

ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1

I, Mauricio S. Beugelmans, am the ECF User filing this STIPULATION. In compliance with Civil Local Rule 5-1, I hereby attest that Marc D. Katz concurred in this filing.