A. KRISTINA LITTMAN (NJ Bar No. 04350-2005)
STEVEN D. BUCHHOLZ (Cal. Bar No. 202638)
buchholzs@sec.gov
MARC D. KATZ (Cal. Bar No. 189534)
katzma@sec.gov
ALICE L. JENSEN (Cal. Bar No. 203327)
jensena@sec.gov

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, Suite 2800
San Francisco, CA 94104
(415) 705-2500

MAURICIO S. BEUGELMANS (State Bar No. 201131)
Murphy & McGonigle, RLLP
44 Montgomery Street, Suite 3750
San Francisco, CA 94104
Tel.: 415. 651.5707; Fax: 415. 651-5708
mbeugelmans@mmlawus.com

KATHERINE D. COOPER (pro hac vice)
LIONEL ANDRÉ (pro hac vice)
Murphy & McGonigle, P.C.
1185 Avenue of the Americas
21st Floor New York, New York 10036
Tel.: 212.880.3630; Fax: 212.880.3998
KCooper@mmlawus.com; Landre@mmlawus.com

Attorneys for Defendants

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

vs.

NAC FOUNDATION, LLC AND ROWLAND MARCUS ANDRADE,

Defendants.

Case No.: 20-cv-04188-RS

**JOINT STIPULATION TO EXTEND DEFENDANTS' TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure and Local Rule 6-1(a) of the Northern District of California Civil Local Rules, all parties hereby stipulate to an extension

of defendants' time to file an answer or other responsive pleading by approximately 10 days. Good cause exists for the request:

1. Plaintiff filed its complaint on June 25, 2020, and the defendants waived service of process of the complaint.

2. Pursuant to Federal Rules of Civil Procedure, Rule 4(d), the current deadline for defendants NAC Foundation, LLC and Rowland Marcus Andrade to answer or otherwise respond to the Complaint is October 5, 2020.

3. Defendants by and through their counsel have conferred with counsel for the SEC, who has agreed to provide defendants with a two-week extension of time for defendants to respond to the Complaint.

4. The two-week extension of time will not alter the date of any event or any deadline already fixed by the Court.

5. Therefore, Plaintiff and defendants agree that the deadline for defendants to answer or otherwise respond to the Complaint is extended from October 5, 2020 to, and through, October 19, 2020.

IT IS SO STIPULATED.

Dated: October 1, 2020

MURPHY & MCGONIGLE, PC

By: /s/ Katherine Cooper
Katherine Cooper (pro hac vice)

ATTORNEY FOR DEFENDANTS

Dated: October 1, 2020

SECURITIES AND EXCHANGE COMMISSION

By: /s/ Marc D. Katz

Marc D. Katz (Cal. Bar No. 189534)

ATTORNEY FOR PLAINTIFF

ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1

I, Katherine Cooper, am the ECF User filing this STIPULATION. In compliance with Civil Local Rule 5-1, I hereby attest that Marc D. Katz concurred in this filing.

/s/ Katherine Cooper

Katherine Cooper