A. KRISTINA LITTMAN (NJ Bar No. 04350-2005)
STEVEN D. BUCHHOLZ (Cal. Bar No. 202638)
buchholzs@sec.gov
MARC D. KATZ (Cal. Bar No. 189534)
katzma@sec.gov
JOHN K. HAN (Cal. Bar No. 208086)
hanjo@sec.gov
ALICE L. JENSEN (Cal. Bar No. 203327)
jensena@sec.gov

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, Suite 2800
San Francisco, CA 94104
(415) 705-2500

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>NAC Foundation, LLC and ROWLAND MARCUS ANDRADE,<br><br>Defendants. | Case No. 3:20-cv-4188-RS<br><br>**NOTICE OF APPEARANCE** |

**TO THE CLERK OF THE COURT AND ALL COUNSEL OF RECORD:**

PLEASE TAKE NOTICE the John K. Han of the Securities and Exchange Commission, 44 Montgomery Street, Suite 2800, San Francisco, CA 94104, telephone number (415) 705-2500, hereby enter his appearance in the above-captioned matter as attorney of record on behalf of Plaintiff Securities and exchange Commission and hereby requests that all further pleadings, notices, documents or other papers filed herein, be provided to and served upon counsel by electronic service through ECF.

Dated: October 5, 2020

Respectfully submitted,

*/s/ John K. Han*
JOHN K. HAN
Attorney for Plaintiff
SECURITIES AND EXCHANGE COMMISSION