KATHERINE D. COOPER *(appearance pro hac vice)*
Murphy & McGonigle, P.C.
1185 Avenue of the Americas, 21st Floor
New York, NY 10036
Tel.: 212.880.3630
Fax: 212.880.3998
kcooper@mmlawus.com

LIONEL ANDRÉ *(appearance pro hac vice)*
Murphy & McGonigle, P.C.
1001 G Street NW, 7th Floor
Washington, DC 20001
Tel.: 202.661.7039
Fax: 202.661.7059
landre@mmlawus.com

Attorneys for Defendants NAC Foundation, LLC and Rowland Marcus Andrade
[Additional counsel listed on the next page]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION<br><br>Plaintiff,<br><br>vs.<br><br>NAC FOUNDATION, LLC and ROWLAND MARCUS ANDRADE,<br><br>Defendants. | CASE NO.: 20-cv-4188-RS<br><br>**DECLARATION OF DARREN WINCZURA IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS** |

1  MAURICIO S. BEUGELMANS (Bar No. 201131)
   Murphy & McGonigle, RLLP
2  44 Montgomery Street, Suite 3750
   San Francisco, CA 94104
3  Tel.: 415.651.5707
4  Fax: 415.651.5708
   mbeugelmans@mmlawus.com
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

DECLARATION OF DARREN WINCZURA                         CASE NO. 20-CV-4188-RS

Pursuant to 28 U.S.C. § 1746, I, Darren Winczura, hereby declare as follows:

1. I am over eighteen years of age, of sound mind, and otherwise competent to make this Declaration. The evidence set forth below is based on my personal knowledge.

2. I am a resident of Alberta, Canada. I am a farmer and I own Alfs Drilling & Supplies, Ltd., which is engaged in the business of water well drilling and well testing.

3. In or about 2016, I became a shareholder in CrossVerify, Ltd. and then Aten Coin, which is a predecessor of NAC Foundation, LLC.

4. From in or about July 2017 through November 2017, I purchased 1,000,000 ABTC tokens.

5. From in or about May 2020 through July 2020, I converted over 497,362 ABTC tokens for AML BitCoins.

6. Prior to being able to purchase tokens, convert my tokens to AML BitCoins or downloading my wallet, I had to agree to certain terms and conditions which were posted on the amlbitcoin.com website (and predecessor websites). I was not allowed to purchase tokens, convert to AML BitCoin or download my wallet without agreeing to the terms and conditions posted on the website.

7. Among other things, at the time that I purchased my tokens and converted my tokens to AML BitCoins, I knew and understood from the terms and conditions posted on the website that:

    (A) I was not purchasing the digital tokens as investments;

    (B) I could not expect a return on my investment;

    (C) I understood that the digital tokens were merely a medium of exchange and not a pooled interest in any business entity or common enterprise; and

(D) Neither NAC Foundation LLC or Rowland Marcus Andrade had any obligation to pay me a return or had any obligation to repay me or otherwise redeem the digital tokens.

**I declare under penalty of perjury that the foregoing is true and correct.**

Executed on October 19, 2020 in Phoenix, Arizona.

_____
Darren Winczura