1  KATHERINE D. COOPER *(appearance pro hac vice)*
   Murphy & McGonigle, P.C.
2  1185 Avenue of the Americas, 21st Floor
   New York, NY 10036
3  Tel.: 212.880.3630
4  Fax: 212.880.3998
   kcooper@mmlawus.com
5
   LIONEL ANDRÉ *(appearance pro hac vice)*
6  Murphy & McGonigle, P.C.
   1001 G Street NW, 7th Floor
7  Washington, DC 20001
   Tel.: 202.661.7039
8  Fax: 202.661.7059
9  landre@mmlawus.com

10 Attorneys for Defendants NAC Foundation, LLC and
   Rowland Marcus Andrade
11 [Additional counsel listed on the next page]

12
                **UNITED STATES DISTRICT COURT**
13
                **NORTHERN DISTRICT OF CALIFORNIA**
14
                      **SAN FRANCISCO DIVISION**
15

16 | SECURITIES AND EXCHANGE | CASE NO.: 20-cv-4188-RS |
   | COMMISSION | |
17 | | **DECLARATION OF SACHIN AGRAWAL** |
   | Plaintiff, | **IN SUPPORT OF DEFENDANTS'** |
18 | | **MOTION TO DISMISS** |
   | vs. | |
19 | | |
   | NAC FOUNDATION, LLC and ROWLAND | |
20 | MARCUS ANDRADE, | |
21 | Defendants. | |

---

DECLARATION OF SACHIN AGRAWAL                    CASE NO. 20-CV-4188-RS

1  MAUICIO S. BEUGELMANS (Bar No. 201131)
   Murphy & McGonigle, RLLP
2  44 Montgomery Street, Suite 3750
   San Francisco, CA 94104
3  Tel.: 415.651.5707
   Fax: 415.651.5708
4  mbeugelmans@mmlawus.com

DECLARATION OF SACHIN AGRAWAL                         CASE NO. 20-CV-4188-RS

Pursuant to 28 U.S.C. § 1746, I, Sachin Agrawal, hereby declare as follows:

1. I am over eighteen years of age, of sound mind, and otherwise competent to make this Declaration. The evidence set forth below is based on my personal knowledge.

2. I am a resident of Indore, India. I run my own software development company in India.

3. From approximately early 2015 through December 2017, I worked as an independent contractor for Marcus Andrade and the NAC Foundation, LLC (as well as predecessor companies).

4. As an independent contractor, I provided technical support to customers who needed assistance in downloading and operating the wallet.

5. Prior to any customer being able to use their wallet, they had to agree to certain terms and conditions which were posted on the amlbitcoin.com website (and predecessor websites). Customers were not allowed to use their wallet without agreeing to the terms and conditions posted on the website.

6. The requirement that customers had to agree to the terms and conditions posted on the amlbitcoin.com website prior to their being able to use their wallets was in effect through the end of 2017.

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

Executed on October 18, 2020 at Indore, India.

_____
Sachin Agrawal

DECLARATION OF SACHIN AGRAWAL                                CASE NO. 20-CV-4188-RS
1