1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

KATHERINE D. COOPER *(appearance pro hac vice)*
Murphy & McGonigle, P.C.
1185 Avenue of the Americas, 21st Floor
New York, NY 10036
Tel.: 212.880.3630
Fax: 212.880.3998
kcooper@mmlawus.com

Attorneys for Defendants NAC Foundation, LLC and
Rowland Marcus Andrade
[Additional counsel listed on the next page]

MARC D. KATZ (Cal. Bar No. 189534)
katzma@sec.gov
STEVEN D. BUCHHOLZ (Cal. Bar No. 202638)
buchholzs@sec.gov
ALICE L. JENSEN (Cal. Bar No. 203327)
jensena@sec.gov
A. KRISTINA LITTMAN (NJ Bar No. 04350-2005)
44 Montgomery Street, Suite 2800
San Francisco, CA 94104
(415) 705-2500

Attorneys for Plaintiff
Securities and Exchange Commission

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION<br><br>       Plaintiff,<br><br>     vs.<br><br>NAC FOUNDATION, LLC and ROWLAND MARCUS ANDRADE,<br><br>       Defendants. | CASE NO.: 20-cv-4188-RS<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS**<br><br>Date:      December 3, 2020<br>Time:     1:30 p.m.<br>Courtroom:  3, 17th Floor<br><br>Honorable Judge Richard Seeborg |

MAURICIO S. BEUGELMANS (Bar No. 201131)
Murphy & McGonigle, RLLP
44 Montgomery Street, Suite 3750
San Francisco, CA 94104
Tel.: 415.651.5707
Fax: 415.651.5708
mbeugelmans@mmlawus.com

LIONEL ANDRÉ *(appearance pro hac vice)*
Murphy & McGonigle, P.C.
1001 G Street NW, 7th Floor
Washington, DC 20001
Tel.: 202.661.7039
Fax: 202.661.7059
landre@mmlawus.com

Attorneys for Defendants NAC Foundation, LLC and
Rowland Marcus Andrade

[PROPOSED] ORDER

This matter came on regularly for hearing and the Court being fully advised and good cause appearing therefor,

IT IS HEREBY ORDERED that the motion of Defendants NAC Foundation, LLC and Rowland Marcus Andrade (collectively, "Defendants"), to dismiss the Complaint of Plaintiff Securities and Exchange Commission is granted without leave to amend.

Let judgment be entered accordingly.


Dated: _____        _____

                                Honorable Judge Richard Seeborg