ERIN E. SCHNEIDER (Cal. Bar No. 216114)
schneidere@sec.gov
MARC D. KATZ (Cal. Bar No. 189534)
katzma@sec.gov
JOHN K. HAN (Cal., Bar No. 208086)
hanjo@sec.gov
ALICE L. JENSEN (Cal. Bar No. 203327)
jensena@sec.gov

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, Suite 2800
San Francisco, CA 94104
(415) 705-2500

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

v.

NAC FOUNDATION LLC and ROWLAND MARCUS ANDRADE,

Defendants.

Case No. 3:20-cv-04188-RS

STIPLATION TO MODIFY BRIEFING SCHEDULE AND HEARING DATE ON DEFENDANTS' MOTION TO DISMISS AND PROPOSED ORDER

Courtroom: 3, 17th Floor
Judge: Richard Seeborg

WHEREAS, on October 19, 2020, Defendants filed a motion to dismiss with a hearing date of December 3, 2020;

WHEREAS, on October 20, 2020, the parties met and conferred, discussed scheduling conflicts, and agreed on a modified briefing schedule and proposed hearing date;

WHEREFORE, the parties stipulate and agree to the following modified briefing and hearing schedule, and respectfully request that the Court approve the following modified schedule:

(1) The SEC's opposition to the motion to dismiss will be filed by November 19, 2020.

(2) The Defendants' reply will be filed by December 3, 2020.

(3) A hearing on this motion will be scheduled for December 17, 2020, or as soon thereafter as is convenient for the Court.

Dated: October 23, 2020

Respectfully submitted,

/s/ John K. Han
John K. Han
U.S. Securities & Exchange Commission
44 Montgomery Street, Suite 2800
San Francisco, CA 94104
Attorneys for the Plaintiff Securities and Exchange Commission

Dated: October 23, 2020

Murphy & McGonigle, PC

By: /s/ Katherine Cooper/jkh
Katherine Cooper
Attorney for Defendants

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date: ____________________

______________________________
The Honorable Richard Seeborg
United States District Judge