ERIN E. SCHNEIDER (Cal. Bar No. 216114)
schneidere@sec.gov
MARC D. KATZ (Cal. Bar No. 189534)
katzma@sec.gov
JOHN K. HAN (Cal., Bar No. 208086)
hanjo@sec.gov
ALICE L. JENSEN (Cal. Bar No. 203327)
jensena@sec.gov

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, Suite 2800
San Francisco, CA 94104
(415) 705-2500

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>NAC FOUNDATION LLC and ROWLAND MARCUS ANDRADE,<br><br>Defendants. | Case No. 3:20-cv-04188-RS<br><br>STIPLATION AND ORDER RE: STAY OF PROCEEDINGS AND DISCOVERY<br><br>Case Management Conference February 4, 2021<br><br>Courtroom: 3, 17th Floor<br>Judge: Richard Seeborg |

## STIPULATION

Plaintiff Securities and Exchange Commission ("SEC") and Defendants NAC Foundation LLC and Rowland Andrade (together, "the Parties") hereby stipulate and agree as follows:

WHEREAS, a related criminal case, *United States v. Rowland Marcus Andrade*, Case No. 20-cr-249-RS, is currently pending before the Court.

WHEREAS, in this civil case, the Court denied Defendants' motion to dismiss on January 8, 2021.

WHEREAS, on January 13, 2021, Defendants requested that the SEC agree to a stay of the SEC civil case until the resolution of the pending criminal case because of Defendants' potential Fifth Amendment issues and because a stay of the civil proceedings, including discovery, would be beneficial to the parties in the criminal action.

WHEREAS, the SEC has been informed by the Assistant United States Attorney representing the United States in the criminal case that he also believes that a stay of civil proceedings, including discovery, would be beneficial to the parties in the criminal action.

WHEREAS, based on the facts and circumstances of this case, the SEC does not oppose a stay of the civil proceedings, including discovery, until resolution of the District Court criminal proceedings (i.e., sentencing or dismissal, not appeal).

WHEREFORE, the Parties stipulate to, and respectfully request that the Court enter, the accompanying Proposed Order, staying the civil proceedings, including discovery, until resolution of the District Court criminal proceedings. At the conclusion of the stay, the Parties and the Court will re-evaluate the need for civil discovery and the appropriate schedule.

STIPULATED AND AGREED TO BY:

Dated: January 21, 2021

/s/ John K. Han
John K. Han
U.S. Securities & Exchange Commission
44 Montgomery Street, Suite 2800
San Francisco, CA 94104
Attorneys for the Plaintiff Securities and Exchange Commission

Dated: January 21, 2021

Murphy & McGonigle, PC

By: /s/ Katherine Cooper/jkh
Katherine Cooper
Attorney for Defendants

**ORDER**

Based on the foregoing stipulation, and for good cause shown, IT IS HEREBY:

ORDERED that all current deadlines and dates, including Defendants' Answer, the Parties Initial Disclosures, the Parties' Joint Case Management Statement, and the Case Management Conference are VACATED;

FURTHER ORDERED that all proceedings in this civil action, including discovery, are stayed until further order of the Court; and

FURTHER ORDERED that, within 30 days after resolution of the District Court criminal proceeding in, *United States v. Rowland Marcus Andrade*, Case No. 20-cr-249-RS, (i.e., sentencing or dismissal, not appeal), the parties shall file a request for a status hearing with the Court.

Date: January 21, 2021

_____
The Honorable Richard Seeborg
United States District Judge