KATHERINE D. COOPER *(appearance pro hac vice)*
Murphy & McGonigle, P.C.
1185 Avenue of the Americas, 21st Floor
New York, NY 10036
Tel.: 212.880.3630
Fax: 212.880.3998
kcooper@mmlawus.com

MAURICIO S. BEUGELMANS (Bar No. 201131)
ANYA THEPOT (Bar No. 318430)
Murphy & McGonigle, RLLP
44 Montgomery Street, Suite 3750
San Francisco, CA 94104
Tel.: 415.651.5707
Fax: 415.651.5708
mbeugelmans@mmlawus.com
athepot@mmlawus.com

LIONEL ANDRÉ *(appearance pro hac vice)*
Murphy & McGonigle, P.C.
1001 G Street NW, 7th Floor
Washington, DC 20001
Tel.: 202.661.7039
Fax: 202.661.7059
landre@mmlawus.com

Attorneys for Defendants NAC Foundation, LLC and
Rowland Marcus Andrade

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>NAC FOUNDATION, LLC and ROWLAND MARCUS ANDRADE,<br><br>Defendants. | CASE NO.: 20-cv-4188-RS<br><br>**NOTICE OF MOTION AND MOTION FOR WITHDRAWAL OF MAURICIO S. BEUGELMANS AS COUNSEL FOR DEFENDANTS NAC FOUNDATION, LLC AND ROWLAND MARCUS ANDRADE**<br><br>Honorable Richard Seeborg, District Judge |

**PLEASE TAKE NOTICE** that I, Mauricio S. Beugelmans ("Movant"), hereby respectfully seek leave of this Court to withdraw as counsel for Defendants NAC Foundation, LLC and Rowland Marcus Andrade (collectively "Defendants") pursuant to United States District Court, Northern District of California Civil Local Rule 11-5(a) in the above-captioned matter. Movant respectfully requests the Court grant the motion on the papers and waive oral argument for the foregoing reasons.

**MOTION FOR WITHDRAWAL OF MAURICIO S. BEGUELMANS AS COUNSEL FOR DEFENDANTS NAC FOUNDATION, LLC AND ROWLAND MARCUS ANDRADE**

Pursuant to Civil Local Rule 11-5(a), Mauricio S. Beugelmans of Murphy & McGonigle, RLLP hereby notifies the Court and counsel for plaintiff the Securities and Exchange Commission of his intention to withdraw as counsel for Defendants NAC Foundation, LLC and Rowland Marcus Andrade. This motion for withdrawal is made on the following reasons:

1. I am a Shareholder at Murphy & McGonigle, RLLP. I will be separated from the firm effective August 7, 2021.
2. Defendants will not be prejudiced by my withdrawal.
3. Defendants will continue to be represented by lead counsel Katherine Cooper of Murphy & McGonigle, P.C., Lionel André of Murphy & McGonigle, P.C., and Anya Thepot of Murphy & McGonigle, RLLP.
4. On August 31, 2020, an application to appear *pro hac vice* on behalf of Defendants was filed by my colleague Katherine Cooper. (Dkt. 8). I am her sponsoring local counsel.
5. On August 31, 2020, the Court granted the application of Katherine Cooper to appear *pro hac vice* on behalf of Defendants. (Dkt. 9).
6. On August 31, 2020, an application to appear *pro hac vice* on behalf of Defendants was filed by my colleague Lionel André. (Dkt. 10). I am his sponsoring local counsel.

7. On August 31, 2020, the Court granted the application of Lionel André to appear *pro hac vice* on behalf of Defendants. (Dkt. 11).

8. Anya Thepot, a California licensed attorney, will continue to represent Defendants and will act as the sponsoring local counsel for Katherine Cooper and Lionel André in the above-captioned matter.

**CONCLUSION**

For the foregoing reasons, Movant respectfully requests that this Court waive oral argument on this Motion, grant him leave to withdraw as counsel for Defendants NAC Foundation, LLC and Rowland Marcus Andrade in the above-captioned matter, and enter an order stating that Movant has so withdrawn.

Dated: August 4, 2021

Respectfully submitted,

*/s/ Mauricio S. Beugelmans*
MAURICIO S. BEUGELMANS
ANYA THEPOT
MURPHY & McGONIGLE, RLLP

KATHERINE COOPER
LIONEL ANDRÉ
MURPHY & McGONIGLE, P.C.

*Attorneys for Defendants*
*NAC Foundation, LLC and Rowland Marcus Andrade*