KATHERINE D. COOPER *(appearance pro hac vice)*
Murphy & McGonigle, P.C.
1185 Avenue of the Americas, 21st Floor
New York, NY 10036
Tel.: 212.880.3630
Fax: 212.880.3998
kcooper@mmlawus.com

MAURICIO S. BEUGELMANS (Bar No. 201131)
ANYA THEPOT (Bar No. 318430)
Murphy & McGonigle, RLLP
44 Montgomery Street, Suite 3750
San Francisco, CA 94104
Tel.: 415.651.5707
Fax: 415.651.5708
mbeugelmans@mmlawus.com
athepot@mmlawus.com

LIONEL ANDRÉ *(appearance pro hac vice)*
Murphy & McGonigle, P.C.
1001 G Street NW, 7th Floor
Washington, DC 20001
Tel.: 202.661.7039
Fax: 202.661.7059
landre@mmlawus.com

Attorneys for Defendants NAC Foundation, LLC and
Rowland Marcus Andrade

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>NAC FOUNDATION, LLC and ROWLAND MARCUS ANDRADE,<br><br>Defendants. | CASE NO.: 20-cv-4188-RS<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR WITHDRAWAL OF MAURICIO S. BEUGELMANS AS COUNSEL FOR DEFENDANTS NAC FOUNDATION, LLC AND ROWLAND MARCUS ANDRADE**<br><br>Honorable Richard Seeborg, District Judge |

Attorney Mauricio S. Beugelmans ("Movant") seeks to withdraw as counsel for Defendants NAC Foundation, LLC and Rowland Marcus Andrade in the above-captioned matter pursuant to the United States District Court, Northern District of California's Civil Local Rule 11-5(a). As this Court finds that Mauricio S. Beugelmans has submitted sufficient grounds for withdrawal, and that the granting of his Motion will not cause substantial prejudice or delay to Defendants NAC Foundation, LLC and Rowland Marcus Andrade, IT IS HEREBY ORDERED that the Motion filed by the Movant to withdraw as counsel for Defendants NAC Foundation, LLC and Rowland Marcus Andrade is GRANTED, and Mauricio S. Beugelmans is hereby terminated as counsel in this proceeding.

Dated:

________________________________

Hon. Richard Seeborg