KATHERINE D. COOPER *(appearance pro hac vice)*
McGonigle, P.C.
1185 Avenue of the Americas, 21st Floor
New York, NY 10036
Tel.: 212.880.3630
Fax: 212.880.3998
kcooper@mmlawus.com

ANYA THEPOT (Bar No. 318430)
McGonigle, RLLP
44 Montgomery Street, Suite 3750
San Francisco, CA 94104
Tel.: 415.651.5707
Fax: 415.651.5708
athepot@mmlawus.com

LIONEL ANDRÉ *(appearance pro hac vice)*
McGonigle, P.C.
1001 G Street NW, 7th Floor
Washington, DC 20001
Tel.: 202.661.7039
Fax: 202.661.7059
landre@mmlawus.com

Attorneys for Defendants NAC Foundation, LLC and
Rowland Marcus Andrade

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

vs.

NAC FOUNDATION, LLC and ROWLAND MARCUS ANDRADE,

Defendants.

CASE NO.: 20-cv-4188-RS

**DEFENDANTS NAC FOUNDATION, LLC AND ROWLAND MARCUS ANDRADE'S NOTICE OF CHANGE OF COUNSEL'S LAW FIRM NAME**

Honorable Richard Seeborg, District Judge

**TO THE CLERK OF THE COURT AND ALL PARTIES IN INTEREST:**

PLEASE TAKE NOTICE that counsel for Defendants NAC Foundation, LLC and Rowland Marcus Andrade in the above-referenced matter has changed its name (1) from Murphy & McGonigle, P.C. to McGonigle, P.C.; and (2) from Murphy & McGonigle, RLLP to McGonigle, RLLP, effective immediately. The remainder of counsels' addresses are unchanged. As a result, the firm's contact information is now:

**McGONIGLE, P.C.**
1185 Avenue of the Americas, 21st Floor
New York, NY 10036
Telephone: (212) 880-3999
Facsimile: (212) 880-3998

**McGONIGLE, RLLP**
44 Montgomery Street, Suite 3750
San Francisco, CA 94104
Telephone: (415) 651-5707
Facsimile: (415) 651-5708

**McGONIGLE, P.C.**
1001 G Street NW, 7th Floor
Washington, DC 20001
Telephone: 202.661.7039
Facsimile: 202.661.7059

NAC Foundation, LLC and Mr. Andrade respectfully request that the Court and all parties in interest update their records to reflect this change.

Respectfully submitted,

Dated: January 27, 2022

**McGONIGLE, P.C.**

*/s/ Katherine Cooper*
KATHERINE COOPER (*appearance pro hac vice*)
*Attorneys for Defendants*
*NAC Foundation, LLC and Rowland Marcus Andrade*

Dated: January 27, 2022

**McGONIGLE, RLLP**

*/s/ Anya Thepot*
ANYA THEPOT
*Attorneys for Defendants*
*NAC Foundation, LLC and Rowland Marcus Andrade*

Dated: January 27, 2022

**McGONIGLE, P.C.**

*/s/ Lionel André*
LIONEL ANDRÉ (*appearance pro hac vice*)
*Attorneys for Defendants*
*NAC Foundation, LLC and Rowland Marcus Andrade*