FREDERIC M. KRIEGER (SBN 203124)
McGonigle, P.C.
1185 Avenue of the Americas, 21st Floor
New York, NY 10036
44 Montgomery Street, Suite 3750
San Francisco, CA 94104
Tel.: 212.880.3993
Fax: 212.880.3998
Fax: 415.651.5708
fkrieger@mmlawus.com

ANYA THEPOT (Bar No. 318430)
McGonigle, RLLP
44 Montgomery Street, Suite 3750
San Francisco, CA 94104
Tel.: 415.651.5707
Fax: 415.651.5708
athepot@mmlawus.com

Attorneys for Defendants NAC Foundation, LLC and
Rowland Marcus Andrade
[Additional counsel listed on next page]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>NAC FOUNDATION, LLC and ROWLAND MARCUS ANDRADE,<br><br>Defendants. | CASE NO.: 20-cv-4188-RS<br><br>**NOTICE OF MOTION AND MOTION FOR WITHDRAWAL OF ANYA THEPOT AS COUNSEL FOR DEFENDANTS NAC FOUNDATION, LLC AND ROWLAND MARCUS ANDRADE**<br><br>Honorable Richard Seeborg, District Judge |

KATHERINE D. COOPER *(appearance pro hac vice)*
McGonigle, P.C.
1185 Avenue of the Americas, 21st Floor
New York, NY 10036
Tel.: 212.880.3630
Fax: 212.880.3998
kcooper@mmlawus.com

LIONEL ANDRÉ *(appearance pro hac vice)*
McGonigle, P.C.
1001 G Street NW, 7th Floor
Washington, DC 20001
Tel.: 202.661.7039
Fax: 202.661.7059
landre@mmlawus.com

Attorneys for Defendants NAC Foundation, LLC and Rowland Marcus Andrade

**PLEASE TAKE NOTICE** that I, Anya Thepot ("Movant"), hereby respectfully seek leave of this Court to withdraw as counsel for Defendants NAC Foundation, LLC and Rowland Marcus Andrade (collectively "Defendants") pursuant to United States District Court, Northern District of California Civil Local Rule 11-5(a) in the above-captioned matter. Movant respectfully requests the Court grant the motion on the papers and waive oral argument for the foregoing reasons.

**MOTION FOR WITHDRAWAL OF ANYA THEPOT AS COUNSEL FOR DEFENDANTS NAC FOUNDATION, LLC AND ROWLAND MARCUS ANDRADE**

Pursuant to Civil Local Rule 11-5(a), Anya Thepot of McGonigle, RLLP hereby notifies the Court and counsel for plaintiff the Securities and Exchange Commission of her intention to withdraw as counsel for Defendants NAC Foundation, LLC and Rowland Marcus Andrade. This motion for withdrawal is made on the following reasons:

1. I am an Associate Attorney at McGonigle, RLLP. I will be separated from the firm effective March 14, 2022.
2. Defendants will not be prejudiced by my withdrawal.
3. Defendants will continue to be represented by lead counsel Katherine Cooper of McGonigle, P.C. and Lionel André of McGonigle, P.C. Defendants will also be represented by Frederic M. Krieger of McGonigle, P.C.
4. On August 31, 2020, an application to appear *pro hac vice* on behalf of Defendants was filed by my colleague Katherine Cooper. (Dkt. 8). Prior counsel of record, Mauricio Beugelmans, was her sponsoring local counsel.
5. On August 31, 2020, the Court granted the application of Katherine Cooper to appear *pro hac vice* on behalf of Defendants. (Dkt. 9).
6. On August 31, 2020, an application to appear *pro hac vice* on behalf of Defendants was filed by my colleague Lionel André. (Dkt. 10). Prior counsel of record, Mauricio Beugelmans, was her sponsoring local counsel.

7. On August 31, 2020, the Court granted the application of Lionel André to appear *pro hac vice* on behalf of Defendants. (Dkt. 11).

8. On August 31, 2021, the Court granted the application of Mauricio Beugelmans to withdraw as counsel for Defendants because he was separating from the firm effective August 7, 2021. (Dkt. 33). I acted as sponsoring local counsel for Katherine Cooper and Lionel André in the above-captioned matter.

9. Frederic M. Krieger, a California licensed attorney who maintains an office in California located at 44 Montgomery Street, Suite 3750, San Francisco, CA 94014, will continue to represent Defendants and will act as the sponsoring local counsel for Katherine Cooper and Lionel André in the above-captioned matter.

## CONCLUSION

For the foregoing reasons, Movant respectfully requests that this Court waive oral argument on this Motion, grant her leave to withdraw as counsel for Defendants NAC Foundation, LLC and Rowland Marcus Andrade in the above-captioned matter, and enter an order stating that Movant has so withdrawn.

Dated: March 11, 2022

Respectfully submitted,

*/s/ Anya Thepot*
ANYA THEPOT
McGONIGLE, RLLP

FREDERIC M. KRIEGER
KATHERINE COOPER
LIONEL ANDRÉ
McGONIGLE, P.C.

*Attorneys for Defendants*
*NAC Foundation, LLC and Rowland Marcus Andrade*