FREDERIC M. KRIEGER (SBN 203124)
McGonigle, P.C.
1185 Avenue of the Americas, 21st Floor
New York, NY 10036
44 Montgomery Street, Suite 3750
San Francisco, CA 94104
Tel.: 212.880.3993
Fax: 212.880.3998
Fax: 415.651.5708
fkrieger@mmlawus.com

ANYA THEPOT (Bar No. 318430)
McGonigle, RLLP
44 Montgomery Street, Suite 3750
San Francisco, CA 94104
Tel.: 415.651.5707
Fax: 415.651.5708
athepot@mmlawus.com

Attorneys for Defendants NAC Foundation, LLC and
Rowland Marcus Andrade
[Additional counsel listed on next page]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>NAC FOUNDATION, LLC and ROWLAND MARCUS ANDRADE,<br><br>Defendants. | CASE NO.: 20-cv-4188-RS<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR WITHDRAWAL OF ANYA THEPOT AS COUNSEL FOR DEFENDANTS NAC FOUNDATION, LLC AND ROWLAND MARCUS ANDRADE**<br><br>Honorable Richard Seeborg, District Judge |

KATHERINE D. COOPER *(appearance pro hac vice)*
McGonigle, P.C.
1185 Avenue of the Americas, 21st Floor
New York, NY 10036
Tel.: 212.880.3630
Fax: 212.880.3998
kcooper@mmlawus.com

LIONEL ANDRÉ *(appearance pro hac vice)*
McGonigle, P.C.
1001 G Street NW, 7th Floor
Washington, DC 20001
Tel.: 202.661.7039
Fax: 202.661.7059
landre@mmlawus.com

Attorneys for Defendants NAC Foundation, LLC and
Rowland Marcus Andrade

Attorney Anya Thepot ("Movant") seeks to withdraw as counsel for Defendants NAC Foundation, LLC and Rowland Marcus Andrade in the above-captioned matter pursuant to the United States District Court, Northern District of California's Civil Local Rule 11-5(a). As this Court finds that Anya Thepot has submitted sufficient grounds for withdrawal, and that the granting of her Motion will not cause substantial prejudice or delay to Defendants NAC Foundation, LLC and Rowland Marcus Andrade, IT IS HEREBY ORDERED that the Motion filed by the Movant to withdraw as counsel for Defendants NAC Foundation, LLC and Rowland Marcus Andrade is GRANTED, and Anya Thepot is hereby terminated as counsel in this proceeding.

Dated:

________________________________
Hon. Richard Seeborg