MARC D. KATZ (Cal. Bar No. 189534)
 katzma@sec.gov
JOHN K. HAN (Cal. Bar No. 208086)
 hanjo@sec.gov
ALICE L. JENSEN (Cal. Bar No. 203327)
 jensena@sec.gov

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, Suite 2800
San Francisco, CA 94104
(415) 705-2500

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No. 3:20-cv-4188-RS |
| Plaintiff, | |
| v. | **NOTICE OF WITHDRAWAL OF COUNSEL FOR SECURITIES AND EXCHANGE COMMISSION** |
| NAC Foundation, LLC and ROWLAND MARCUS ANDRADE, | |
| Defendants. | |

1 Pursuant to Local Civil Rule 11-5, the undersigned hereby provides notice of his withdrawal as counsel on behalf of Plaintiff Securities and Exchange Commission ("SEC") in this matter.

The SEC will continue to be represented by its remaining counsel of record.

Respectfully submitted,

DATED: March 10, 2025         /s/ *Marc D. Katz*
                              Marc D. Katz
                              Attorney for Plaintiff
                              SECURITIES AND EXCHANGE
                              COMMISSION