KATHERINE D. COOPER
Bryan Cave Leighton Paisner, LLP
1190 Avenue of the Americas
New York, NY 10104
Tel. 212.541.1141
Fax: 212.541.4630

LIONEL ANDRE
SECIL LAW PLLC
1701 Pennsylvania Avenue, N.W.
Washington, DC 20006
Tel: 703.232.46222
Fax: 202.417.8232

FREDERIC M. KRIEGER (SBN 203124)
Stradley Ronon Stevens & Young, LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103
Tel.: 215.564.8596
fkrieger@stradley.com

Attorneys for Defendants NAC Foundation, LLC and Rowland Marcus Andrade

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>NAC FOUNDATION, LLC and ROWLAND MARCUS ANDRADE,<br><br>Defendants. | CASE NO.: 20-cv-4188-RS<br><br>**NOTICE OF MOTION AND MOTION FOR WITHDRAWAL OF KATHERINE D. COOPER, LIONEL ANDRÉ AND FREDERIC M. KRIEGER AS COUNSEL FOR DEFENDANTS NAC FOUNDATION, LLC AND ROWLAND MARCUS ANDRADE**<br><br>Honorable Richard Seeborg, District Judge |

**PLEASE TAKE NOTICE** that, Katherine D. Cooper, Lionel André and Frederic M. Krieger ("Movants"), hereby respectfully seek leave of this Court to withdraw as counsel for Defendants NAC Foundation, LLC ("NAC") and Rowland Marcus Andrade (collectively "Defendants") pursuant to United States District Court, Northern District of California Civil

Local Rule 11-5(a) in the above-captioned matter. Movants respectfully request the Court grant the motion on the papers and waive oral argument for the reasons set forth below.

**MOTION FOR WITHDRAWAL OF KATHERINE D. COOPER, LIONEL ANDRÉ AND FREDERIC M. KRIEGER AS COUNSEL FOR DEFENDANTS NAC FOUNDATION, LLC AND ROWLAND MARCUS ANDRADE**

Pursuant to Civil Local Rule 11-5(a), Katherine D. Cooper of Bryan Cave Leighton Paisner, LLP ("BCLP"), Lionel André of SECIL Law PLLC ("SECIL Law") and Frederic M. Krieger of Stradley Ronon Stevens & Young, LLP ("Stradley Ronon") hereby notify the Court and counsel for plaintiff the Securities and Exchange Commission of their intention to withdraw as counsel for Defendants NAC Foundation, LLC and Rowland Marcus Andrade. This motion for withdrawal is based on the following reasons:

1. At the time these proceedings were stayed on January 21, 2021, Ms. Cooper and Messrs. André and Krieger worked together as shareholders in the Murphy & McGonigle, P.C. law firm ("M&M"). Today, over four years later, Ms. Cooper and Messrs. André and Krieger are partners in three different law firms. Ms. Cooper is a partner in BCLP based in its New York office. Mr. André is a partner in SECIL Law based in Washington, D.C. Mr. Krieger is a partner in Stradley Ronon based in its Philadelphia office.

2. This Court granted Ms. Cooper's and Mr. André's motion for leave to appear as counsel to NAC and Mr. Andrade *pro hac vice* on August 31, 2020, with Mauricio Beugelmans, the managing partner of M&M's San Francisco office, serving as local counsel. (Dkt. 8 & 9.)

3. The Court stayed this proceeding on January 21, 2021 pending the resolution of the related criminal proceeding, *United States v. Rowland Marcus Andrade*, Case No. 20-cr-249-RS. (Dkt. 29.)

4. On August 31, 2021, the Court granted the application of Mr. Beugelmans to withdraw as counsel for Defendants because he was separating from M&M effective August 7, 2021. (Dkt. 33). Anya Thepot, an M&M attorney resident in M&M's San Francisco's office, was substituted as local counsel for Defendants. (Dkt. 31 & 33.) Ms. Thepot left M&M effective

March 22, 2022, and Mr. Krieger, who had then been assigned the responsibility as the managing partner of M&M's San Francisco office, was substituted as local counsel for Defendants. (Dkt. 37, 38 & 39.)

5. Mr. André left M&M in or about May 2022 and founded SECIL Law in Washington, D.C., where he is currently a partner.

6. M&M merged with Davis Wright Tremaine LLP ("DWT") in or about July 2022. From July 2022 through December 2022, Mr. Krieger served as a Senior Counsel in DWT's New York office, and has now become a partner at Stradley Ronon based in its Philadelphia office.

7. In July 2022, Ms. Cooper became a partner in DWT. Ms. Cooper separated from DWT and joined BCLP as a partner effective October 1, 2023.

8. None of BCLP, SECIL Law or Stradley Ronon has entered into engagement letters with the defendants.

9. With this motion, undersigned counsel respectfully seek leave to withdraw our representation of NAC and Mr. Andrade for professional considerations under Cal. R. Prof. Conduct Rule 1.16(b). In light of our duty of confidentiality under Cal. R. Prof. Conduct Rule 1.6, we decline to provide additional details regarding the basis for withdrawing pursuant to Cal. R. Prof. Conduct Rule 1.16(b). Given Rule 1.6, any further detail should only be shared with the Court *in camera*.

10. Defendants will not be prejudiced by the requested withdrawal. Defendants have ample time to retain other counsel, and the proceedings are at an opportune juncture for new counsel to take over. This matter was stayed after the Court's denial of the Defendants' motion to dismiss the complaint. No answer has been filed and no discovery has been undertaken.

11. Because Mr. Krieger's firm, Stradley Ronon, does not have an office in the Northern District of California, he can no longer serve as local counsel, and new local counsel would need to be retained in any event.

/

/

**CONCLUSION**

For the foregoing reasons, Movants respectfully request that this Court waive oral argument on this Motion, grant their motion for leave to withdraw as counsel for Defendants NAC Foundation, LLC and Rowland Marcus Andrade in the above-captioned matter, and enter an order stating that Movants have so withdrawn.

Dated: August 12, 2025

Respectfully submitted,

*/s/ Katherine Cooper*___________
KATHERINE COOPER
Bryan Cave Leighton Paisner LLP

*/s/ Lionel André (kdc)*__________
LIONEL ANDRÉ
SECIL Law PLLC

*/s/ Frederic M. Krieger (kdc)*____
FREDERIC M. KRIEGER
Stradley Ronon Stevens & Young, LLP

*Attorneys for Defendants*
*NAC Foundation, LLC and Rowland Marcus Andrade*

KATHERINE COOPER
Bryan Cave Leighton Paisner, LLP
1190 Avenue of the Americas
New York, NY 10104
Tel. 212.541.1141
Fax: 212.541.4630

LIONEL ANDRE
SECIL Law PLLC
1701 Pennsylvania Avenue, N.W.
Washington, DC 20006
Tel: 703.232.4622
Fax: 202.417.8232

FREDERIC M. KRIEGER (SBN 203124)
Stradley Ronon Stevens & Young, LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103
Tel.: 215.564.8596
fkrieger@stradley.com

Attorneys for Defendants NAC Foundation, LLC and
Rowland Marcus Andrade

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>NAC FOUNDATION, LLC and ROWLAND MARCUS ANDRADE,<br><br>Defendants. | CASE NO.: 20-cv-4188-RS<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR WITHDRAWAL OF KATHERINE D. COOPER, LIONEL ANDRÉ AND FREDERIC M. KRIEGER AS COUNSEL FOR DEFENDANTS NAC FOUNDATION, LLC AND ROWLAND MARCUS ANDRADE**<br><br>Honorable Richard Seeborg, District Judge |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>NAC FOUNDATION, LLC and ROWLAND MARCUS ANDRADE,<br><br>Defendants. | CASE NO.: 20-cv-4188-RS<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR WITHDRAWAL OF KATHERINE D. COOPER, LIONEL ANDRÉ AND FREDERIC M. KRIEGER AS COUNSEL FOR DEFENDANTS NAC FOUNDATION, LLC AND ROWLAND MARCUS ANDRADE**<br><br>Honorable Richard Seeborg, District Judge |

Attorneys Katherine D. Cooper, Lionel André and Frederic M. Krieger ("Movants") seek to withdraw as counsel for Defendants NAC Foundation, LLC and Rowland Marcus Andrade in the above-captioned matter pursuant to the United States District Court, Northern District of California's Civil Local Rule 11-5(a). As this Court finds that Movants have submitted sufficient grounds for withdrawal, and that the granting of their Motion will not cause substantial prejudice or delay to Defendants NAC Foundation, LLC and Rowland Marcus Andrade, IT IS HEREBY ORDERED that the Motion filed by the Movants to withdraw as counsel for Defendants NAC Foundation, LLC and Rowland Marcus Andrade is GRANTED, and Katherine D. Cooper, Lionel André and Frederic M. Krieger are hereby terminated as counsel in this proceeding.

Dated:

Hon. Richard Seeborg