UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>NAC FOUNDATION, LLC, et al.,<br><br>Defendants. | Case No. 20-cv-04188-RS<br><br>**ORDER GRANTING MOTION TO WITHDRAW** |

Katherine D. Cooper, Lionel André and Frederic M. Krieger ("Movants") seek leave to withdraw as counsel for Defendants NAC Foundation, LLC ("NAC") and Rowland Marcus Andrade (collectively "Defendants") pursuant to United States District Court, Northern District of California Civil Local Rule 11-5(a) in the above-captioned matter. Movants explain that since proceedings were stayed in January 2021, they have since changed firms and localities. Notably, none of Movants' new firms have signed engagement letters with Defendants. Movants have demonstrated good cause for withdrawal and granting their Motion will not substantially prejudice Defendants. Proceedings remain stayed, no answer has been filed, and no discovery has been undertaken.

Movants motion to withdraw is granted. This withdrawal, however, is conditional on Movants continuing to receive and forward to Defendants all documents served upon them in this action, unless and until Defendants appears through replacement counsel or pro se. *See* Civ. L.R. 11-5(b). Movants must notify Defendants of this condition.

1  **IT IS SO ORDERED**.

3  Dated: August 15, 2025

_____
RICHARD SEEBORG
Chief United States District Judge