JASON H. LEE (Cal. Bar No. 253140)
leejh@sec.gov
JASON M. BUSSEY (Cal. Bar No. 227185)
busseyja@sec.gov
ALICE L. JENSEN (Cal. Bar No. 203327)
jensena@sec.gov

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, Suite 700
San Francisco, CA 94104
(415) 705-2500

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>NAC Foundation, LLC and ROWLAND MARCUS ANDRADE,<br><br>Defendants. | Case No. 3:20-cv-4188-RS<br><br>UPDATE TO STATUS REPORT<br><br>Courtroom: 3, 17th Floor<br>Judge: Richard Seeborg |

After Plaintiff Securities and Exchange Commission ("SEC") filed its status report on August 27, 2025 (ECF No. 45), Defendant Rowland Andrade, who is currently unrepresented, asked via email that, "[f]or the sake of accuracy," the SEC "update [it]s status report to reflect" his position as set forth in that email. The SEC has attached the relevant email correspondence, which includes its response to Mr. Andrade. The SEC's position remains the same as set forth in its status report. *See* ECF No. 45.

Respectfully submitted,

DATED: September 3, 2025

/s/ Alice L. Jensen
ALICE L. JENSEN
Attorney for Plaintiff
SECURITIES AND EXCHANGE COMMISSION