**Jensen, Alice Liu**

| | |
|---|---|
| **From:** | Jensen, Alice Liu |
| **Sent:** | Wednesday, September 3, 2025 5:06 PM |
| **To:** | SEC v. NAC Foundation |
| **Cc:** | Lionel Andre; Krieger, Frederic; Katherine.Cooper@bclplaw.com |
| **Subject:** | RE: Case 3:20-cv-04188-RS SEC v. NAC Foundation, LLC et al Status Report |
| **Attachments:** | RE: smail RE: SEC v. Andrade, NAC, et al. 3:20-cv-4188 (NDCA); RE: smail RE: SEC v. Andrade, NAC, et al. 3:20-cv-4188 (NDCA); RE: smail RE: SEC v. Andrade, NAC, et al. 3:20-cv-4188 (NDCA); RE: smail RE: SEC v. Andrade, NAC, et al. 3:20-cv-4188 (NDCA) |

Dear Mr. Andrade,

Thank you for your patience. I was out of the office until yesterday.

The SEC filed its status report last week in compliance with the Court's January 21, 2021 order requiring the parties to file a request for a status hearing "within 30 days after resolution of the District Court criminal proceeding in *United States v. Rowland Marcus Andrade,* Case No. 20-cr-249-RS, (i.e., sentencing or dismissal, not appeal)." Dkt. 29. The status report included verbatim the message that your former counsel relayed to us. We also requested a stay of proceedings for 60 days after your restitution hearing, which should give you time to find counsel to represent NAC Foundation, LLC.

We will file an update to the status report that attaches this correspondence. However, should you choose to represent yourself going forward, you may wish to familiarize yourself with the guidance the Northern District of California provides for unrepresented litigants, including guidance on how to file materials with the Court, as it is not our responsibility to file documents on your behalf. The guidance may be found at the following link: Pro Se Litigants | United States District Court, Northern District of California

Per your request, I have also attached the SEC's communications with your former counsel for your reference.

Finally, I am copying your former counsel given the Court's order requiring them to "receive and forward to Defendants all documents served upon them in this action, unless and until Defendants appears through replacement counsel or pro se." I see that you copied Judge Seeborg's courtroom deputy on your correspondence. I have removed her from this reply.

Regards,

**Alice L. Jensen**
Senior Counsel, Market Abuse Unit
Division of Enforcement
44 Montgomery Street, Suite 700
San Francisco, CA 94104

**OFFICE** +1 415 705 2339
jensena@sec.gov

U.S. Securities and
Exchange Commission

**From:** SEC v. NAC Foundation <naccase@proton.me>
**Sent:** Wednesday, August 27, 2025 8:28 PM
**To:** Jensen, Alice Liu <JensenA@sec.gov>
**Cc:** rscrd@cand.uscourts.gov
**Subject:** Case 3:20-cv-04188-RS SEC v. NAC Foundation, LLC et al Status Report

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Dear Ms. Jensen,

I am writing regarding your recent filing concerning the status hearing (Dkt. 45). It appears there may have been an issue with how the communications from my former counsel were represented.

The position communicated was that I did not believe it necessary to request a stipulation for a stay, as the Court had already stayed the case when it granted my former counsel's motion to withdraw. In its order, the Court stated: *"Proceedings remain stayed, no answer has been filed, and no discovery has been undertaken."* (Dkt. 44). While it is possible that I misunderstood, my former counsel likewise interpreted this language to mean that the case would remain stayed until the Court directed otherwise.

Accordingly, it was our position that no status hearing was required because the case was stayed. While I understand that you would like to proceed at this time, due to matters relating to my criminal case and pending appeal, it is my preference that the case remain stayed pending appeal. For the sake of accuracy, I respectfully request that you update your status report to reflect this position.

In addition, to ensure that I am fully informed, I kindly request that you provide me with copies of all communications between you and my former counsel. That's if it won't be an inconvenience to you since it's my understanding that the communications are minimal.

Thank you,

Rowland Marcus Andrade

Sent with Proton Mail secure email.