JASON H. LEE (Cal. Bar No. 253140)
leejh@sec.gov
JASON M. BUSSEY (Cal. Bar No. 227185)
busseyja@sec.gov
ALICE L. JENSEN (Cal. Bar No. 203327)
jensena@sec.gov

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, Suite 700
San Francisco, CA 94104
(415) 705-2500

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>NAC Foundation, LLC and ROWLAND MARCUS ANDRADE,<br><br>Defendants. | Case No. 3:20-cv-4188-RS<br><br>STIPULATION AND [PROPOSED] ORDER TO EXTEND STAY<br><br>Courtroom: 3, 17th Floor<br>Judge: Richard Seeborg |

Pursuant to Local Rules 6-2 and 7-12, Plaintiff the United States Securities and Exchange Commission ("SEC"), and Defendants Michael Andrade ("Andrade") and NAC Foundation, LLC ("NAC"), submit this Stipulation and [Proposed] Order to Extend Stay.

The SEC filed its Complaint in this matter on June 25, 2020 (ECF No. 1) alleging that Andrade and NAC violated the federal securities laws. An Indictment was also filed against Defendant Andrade on June 22, 2020 in the U.S. District Court for the Northern District of California. *See United States v. Rowland Marcus Andrade*, Case No. 3:20-cr-00249-RS ("Criminal Case"), ECF No. 1.

On January 21, 2021, pursuant to a stipulation by the parties (ECF No. 28), the Court in this case entered an Order that: (1) vacated all current deadlines and dates, including for Defendants' Answer, the Parties' Initial Disclosures, the Parties' Joint Case Management Statement, and the Case Management Conference; (2) stayed all proceedings, including discovery, until further order of the Court; and (3) required the Parties to file a request for a status hearing "within 30 days after resolution" of the Criminal Case. ECF No. 29.

On March 12, 2025, a jury in the Criminal Case found Defendant Andrade guilty of wire fraud and money laundering. Criminal Case ECF No. 615. The Court on July 31, 2025 sentenced Defendant Andrade to 84 months in custody and deferred a determination of restitution until September 16, 2025. Criminal Case ECF No. 719.

On September 5, 2025, the Court in this case ordered "that the stay entered at ECF No. 29 is extended until 60 days after resolution of restitution in the District Court criminal proceeding in *United States v. Rowland Marcus Andrade*, Case No. 3:20-cr-249-RS." ECF No. 47. The Court further ordered that "[n]o later than that date, the parties shall file a request for a status hearing with the Court." *Id.*

On September 16, 2025, the Court in the Criminal Case granted the government's request for a forfeiture money judgment in the amount of $8,374,609 as well as the government's request for restitution in the amount of $2,203,920.29. Criminal Case ECF No. 740. Accordingly, pursuant to ECF No. 47, the parties in this case must file a request for a status hearing no later than November 14, 2025.

On October 1, 2025, the SEC furloughed a significant number of its staff, including counsel in this litigation, given a lapse in appropriations. Since then, counsel for the SEC have not been able to work on this litigation and will not be able to do so until Congress has either appropriated funds for the SEC or enacted a continuing resolution that provides funds for the SEC to resume activities.

On October 6, 2025, John Mark Pierce entered an appearance on behalf of Defendants, both of whom had been unrepresented since August 15, 2025, when the Court granted prior defense counsel's motion to withdraw. ECF No. 44.

The SEC requests, and Defendants agree, that it is appropriate given the shutdown of the federal government that the stay entered at ECF No. 29—and the deadline to file a status report set forth in ECF No. 47—be extended until 60 days after the government shutdown ends so the Parties can participate in settlement discussions.

Respectfully submitted,

DATED: November 10, 2025

/s/ Jason M. Bussey
JASON M. BUSSEY
Counsel for Plaintiff
SECURITIES AND EXCHANGE COMMISSION

DATED: November 10, 2025

/s/ John Mark Pierce
JOHN M. PIERCE
Counsel for Defendants
NAC Foundation, LLC and
ROWLAND MARCUS ANDRADE

**E-FILING ATTESTATION**

I, Jason M. Bussey, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, and for good cause shown, IT IS HEREBY ORDERED that the stay entered at ECF No. 29 and the deadline to file a status report set forth in ECF No. 47 are extended until 60 days after the federal government shutdown ends. No later than that date, the parties shall file a request for a status hearing with the Court.

Date: ____________________

____________________________
The Honorable Richard Seeborg
United States District Judge