John M. Pierce (Bar No. 250443)
[jpierce@johnpiercelaw.com](mailto:jpierce@johnpiercelaw.com)
JOHN PIERCE LAW P.C.
21550 Oxnard Street, 3rd Floor
Woodland Hills, CA 91367
Tel. (321) 961-1848
*Attorney for Defendants*
*NAC Foundation, LLC and*
*Rowland Marcus Andrade*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

SECURITIES AND EXCHANGE COMMISSION,

*Plaintiff,*

v.

NAC FOUNDATION, LLC and ROWLAND MARCUS ANDRADE,

*Defendants.*

Case No. 3:20-cv-04188-RS

**NOTICE REGARDING AND WITHDRAWAL OF JOINT STIPULATION**

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

The SEC filed a joint stipulation (ECF 49) today regarding a limited communication that occurred last week. The SEC correctly notes that the Court issued a forfeiture and restitution order against Andrade (Dkt. 49 at 2:24–28). However, it should be noted that Andrade is appealing both amounts for several reasons, including prejudicial error. Please see the attached document (9th Cir. Case No. 25-5095 at 23-2) for reference. In addition, since the shutdown is now ending and the asserted reason for the requested stay is now moot, Defendants' counsel hereby respectfully withdraws his assent to the stipulation. We plan on issuing subpoenas on November 16, 2025.

DATED: November 10, 2025

Respectfully Submitted,



John M. Pierce, Esq.

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on November 10, 2025, a true and accurate copy of the above and foregoing was filed on the above date with the Clerk of Court, using the Court's CM/ECF system, which will automatically provide notice and a copy of said filing to all parties or attorneys of record registered therein.

John M. Pierce

John M. Pierce, Esq.