JASON H. LEE (Cal. Bar No. 253140)
leejh@sec.gov
JASON M. BUSSEY (Cal. Bar No. 227185)
busseyja@sec.gov
ALICE L. JENSEN (Cal. Bar No. 203327)
jensena@sec.gov

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, Suite 700
San Francisco, CA 94104
(415) 705-2500

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br>Plaintiff,<br>v.<br>NAC Foundation, LLC and ROWLAND MARCUS ANDRADE,<br>Defendants. | Case No. 3:20-cv-4188-RS<br><br>JOINT STATUS REPORT AND ~~[PROPOSED]~~ ORDER TO EXTEND STAY<br><br>Courtroom: 3, 17th Floor<br>Judge: Richard Seeborg |

Pursuant to the Court's January 13, 2026 order (ECF No. 53), Plaintiff the United States Securities and Exchange Commission ("SEC"), and Defendants Michael Andrade ("Andrade") and NAC Foundation, LLC ("NAC") submit the following status report.

The SEC filed its Complaint in this matter on June 25, 2020 (ECF No. 1) alleging that Andrade and NAC violated the federal securities laws. An Indictment was also filed against Defendant Andrade on June 22, 2020 in the U.S. District Court for the Northern District of California. *See United States v. Rowland Marcus Andrade*, Case No. 3:20-cr-00249-RS ("Criminal Case"), ECF No. 1.

On January 21, 2021, pursuant to a stipulation by the parties (ECF No. 28), the Court in this case entered an Order that: (1) vacated all current deadlines and dates, including for Defendants' Answer, the parties' Initial Disclosures, the parties' Joint Case Management Statement, and the Case Management Conference; (2) stayed all proceedings, including discovery, until further order of the Court; and (3) required the parties to file a request for a status hearing "within 30 days after resolution" of the Criminal Case. ECF No. 29.

On March 12, 2025, a jury in the Criminal Case found Defendant Andrade guilty of wire fraud and money laundering. Criminal Case ECF No. 615.

The Court on July 31, 2025 sentenced Defendant Andrade to 84 months in custody and deferred a determination of restitution until September 16, 2025. Criminal Case ECF No. 719.

On September 5, 2025, the Court in this case ordered "that the stay entered at ECF No. 29 is extended until 60 days after resolution of restitution in the District Court criminal proceeding in *United States v. Rowland Marcus Andrade*, Case No. 3:20-cr-249-RS." ECF No. 47. The Court further ordered that "[n]o later than that date, the parties shall file a request for a status hearing with the Court." *Id.*

On September 16, 2025, the Court in the Criminal Case granted the government's request for a forfeiture money judgment in the amount of $8,374,609 as well as the government's request for restitution in the amount of $2,203,920.29. Criminal Case ECF No. 740.

On October 6, 2025, John Mark Pierce entered an appearance on behalf of Defendants in this case, both of whom had been unrepresented since August 15, 2025, when the Court granted prior defense counsel's motion to withdraw. ECF No. 44.

On November 10, 2025, the parties stipulated to extend, until 60 days after the end of the government shutdown, the deadline to file a status report. ECF No. 49. Later that same day, Defendants filed a notice in which they withdrew "assent to the stipulation." ECF No. 50. Nevertheless, the Court on November 12 entered an order granting the previously stipulated 60-day extension. ECF No. 51.

On January 9, 2026, Defendant Andrade self-surrendered to the Bureau of Prisons.

On January 12, 2026, the parties stipulated to extend the stay for an additional 90 days to allow the SEC time to evaluate options to resolve this case. ECF. No. 52. The Court entered an order granting that relief on January 13, 2026. ECF. No. 53.

Since January 13, 2026, the parties have discussed a potential resolution to this case. In connection with those efforts, the SEC has provided defense counsel with draft settlement papers. Defense counsel subsequently shared and had preliminary discussions about those drafts with Defendant Andrade. However, Defense counsel has encountered difficulties communicating with Defendant Andrade in a privileged setting due to the latter's custodial status and has therefore requested that the stay be continued for an additional 90 days. The SEC does not object to this request.

//

//

//

//

//

//

//

//

//

Accordingly, the parties jointly propose that the Court continue the stay for an additional 90 days and order the parties to file a status report no later than July 13, 2026.

Respectfully submitted,

DATED: April 13, 2026

/s/ Jason M. Bussey
JASON M. BUSSEY
Counsel for Plaintiff
SECURITIES AND EXCHANGE COMMISSION

DATED: April 13, 2026

/s/ John Mark Pierce
JOHN M. PIERCE
Counsel for Defendants
NAC Foundation, LLC and
ROWLAND MARCUS ANDRADE

## E-FILING ATTESTATION

I, Jason M. Bussey, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

**~~[PROPOSED]~~ ORDER**

PURSUANT TO STIPULATION, and for good cause shown, IT IS HEREBY ORDERED that the stay entered at ECF No. 29 and the deadline to file a status report set forth in ECF No. 53 are extended for an additional 90 days. No later than July 13, 2026, the parties shall file an updated status report with the Court.

Date: April 14, 2026

The Honorable Richard Seeborg
Chief United States District Judge