UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br>Plaintiff,<br>v.<br>NAC FOUNDATION, LLC, et al.,<br>Defendants. | Case No. 20-cv-04188-RS<br><br>**ORDER REFERRING MOTION TO DISQUALIFY JUDGE** |

Defendant Rowland Marcus Andrade moves to disqualify the judge from further proceedings in this action under 28 U.S.C. § 455(a) and (b)(1) or 28 U.S.C. § 144. Dkt. 61 at 1-2. Pursuant to Civil Local Rule 3-14, this motion is REFERRED to the Clerk of the Court for reassignment to another judge.

**IT IS SO ORDERED**.

Dated: October 7, 2026

RICHARD SEEBORG
United States District Judge