Charles C. Morgan (pro hac vice)
ccmlegalfirm@yahoo.com
CHARLES C. MORGAN LEGAL PRACTICE, LLC
4151 Pelicans Nest Drive
Bonita Springs, FL 34134
Tel. 609-636-0544
Attorney for Defendant
ROWLAND MARCUS ANDRADE

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>NAC Foundation, LLC and ROWLAND MARCUS ANDRADE,<br><br>Defendants. | Case No. 3:20-cv-4188-RS<br><br>**NOTICE OF ERRATA IN THE AFFIDAVIT OF ROWLAND MARCUS ANDRADE**<br><br>Hon. William H. Orrick |

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

Defendant Rowland Marcus Andrade respectfully gives notice of a clerical error in a record citation in the Affidavit of Rowland Marcus Andrade in Support of Motion for Disqualification of the Honorable Richard Seeborg Pursuant to 28 U.S.C. §§ 144 and 455 (the “Affidavit”), filed in this action at ECF No. 61-3, together with Defendant’s Notice of Motion and Motion for Disqualification filed in this action at ECF No. 61 (the “Motion”).

**The error.** Paragraph 42 of the Affidavit currently reads:

> "On August 9, 2023, the Court ruled that the Criminal Case was not related to two prosecutions then pending before the Honorable James Donato. See Crim. Dkt. 780."

The docket citation "Crim. Dkt. 780" is incorrect.

**The correction.** The Court's August 9, 2023 related-case determination appears at Docket Nos. 199 and 200 in *United States v. Andrade*, No. 3:20-cr-00249-RS (N.D. Cal.). Paragraph 42 of the Affidavit should therefore read:

> "On August 9, 2023, the Court ruled that the Criminal Case was not related to two prosecutions then pending before the Honorable James Donato. See Crim. Dkts. 199, 200."

**Scope of the correction.** This correction changes only the docket citation in paragraph 42. It does not change any facts stated in the Affidavit, the date or substance of the ruling described, or any other paragraph. The Motion already cites the August 9, 2023 ruling as "Crim. Dkts. 199, 200" (Motion, ECF 61, page 13, ¶ IV.B.2(f), citing Aff. ¶ 42), so this notice conforms the Affidavit to the citation used in the Motion. Defendant makes this correction so that the record before the Court, and before any judge to whom the matter may be referred, is accurate and internally consistent.

Defendant respectfully requests that the Court deem paragraph 42 of the Affidavit corrected as set forth above.

Dated: October 14, 2026

Respectfully submitted,

CHARLES C. MORGAN LEGAL PRACTICE, LLC

/s/ Charles C. Morgan
Charles C. Morgan (pro hac vice)
Attorney for Defendant
ROWLAND MARCUS ANDRADE

**CERTIFICATE OF SERVICE**

I certify that on October 14, 2026, I electronically filed the foregoing Notice of Errata with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Charles C. Morgan
Charles C. Morgan (pro hac vice)