JOHN M. PIERCE (Cal. Bar No. 250443)
jpierce@johnpiercelaw.com
JOHN PIERCE LAW P.C.
21550 Oxnard Street, 3rd Floor
Woodland Hills, CA 91367
Telephone: (321) 292-2366

Attorneys for Defendants
NAC FOUNDATION, LLC and ROWLAND MARCUS ANDRADE

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>NAC FOUNDATION, LLC and ROWLAND MARCUS ANDRADE,<br><br>Defendants. | Case No. 3:20-cv-04188-RS<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANT ANDRADE'S REPLY IN SUPPORT OF MOTION FOR DISQUALIFICATION (ECF NO. 61); DECLARATION OF JOHN M. PIERCE PURSUANT TO CIVIL L.R. 6-2**<br><br>Motion assigned to: Hon. William H. Orrick (see ECF No. 62; Dkt. entry of Oct. 8, 2026) |

**STIPULATION**

Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiff Securities and Exchange Commission (the "SEC") and Defendants NAC Foundation, LLC and Rowland Marcus Andrade ("Defendants," and together with the SEC, the "Parties"), through their undersigned counsel, stipulate as follows:

WHEREAS, on October 2, 2026, Defendant Rowland Marcus Andrade filed his Motion for Disqualification of the Honorable Richard Seeborg (ECF No. 61) (the "Motion");

WHEREAS, on October 7, 2026, the Court referred the Motion to the Clerk of the Court for reassignment to another judge pursuant to Civil Local Rule 3-14 (ECF No. 62), and on October 8, 2026, the Motion was assigned to the Honorable William H. Orrick;

WHEREAS, on October 16, 2026, the SEC filed its opposition to the Motion (ECF No. 65);

WHEREAS, under Civil Local Rule 7-3(c), Defendant Andrade's reply in support of the Motion is due on October 23, 2026;

WHEREAS, for the reasons set forth in the accompanying Declaration of John M. Pierce, Defendant Andrade has requested a short extension of his reply deadline to Wednesday, October 28, 2026, and the SEC has consented to the requested extension;

WHEREAS, no hearing has been set on the Motion, and the requested extension will not affect any other date fixed by Court order;

NOW, THEREFORE, the Parties stipulate, and respectfully request that the Court order, that Defendant Andrade's reply in support of the Motion (ECF No. 61) shall be filed on or before **Wednesday, October 28, 2026**.

IT IS SO STIPULATED.

Dated: October 23, 2026

/s/ Michelle Lo
MICHELLE LO
*Counsel for Plaintiff*
*Securities and Exchange Commission*

Dated: October 23, 2026

/s/ John M. Pierce
JOHN M. PIERCE
*Counsel for Defendants*
*NAC Foundation, LLC and*
*Rowland Marcus Andrade*

**DECLARATION OF JOHN M. PIERCE PURSUANT TO CIVIL L.R. 6-2**

I, John M. Pierce, declare as follows:

1. I am an attorney admitted to practice before this Court and a member of the State Bar of California. I am counsel of record for Defendants NAC Foundation, LLC

and Rowland Marcus Andrade in this action. I submit this declaration pursuant to Civil Local Rule 6-2(a) in support of the foregoing stipulation. I have personal knowledge of the facts stated in this declaration and, if called as a witness, could and would testify competently to them.

2. Reasons for the requested enlargement of time (Civil L.R. 6-2(a)(1)). Defendant Andrade requests a five-day extension of his reply deadline, from October 23, 2026 to October 28, 2026, for two reasons. First, my co-counsel, Charles C. Morgan, who was admitted pro hac vice in this action on October 2, 2026 (ECF No. 60) and is responsible for preparing the reply, was traveling as of October 22, 2026. Second, Mr. Andrade is in the custody of the Bureau of Prisons. As reported in the Parties' October 12, 2026 Joint Status Report (ECF No. 63), on October 9, 2026, the Bureau of Prisons transferred Mr. Andrade out of FMC Fort Worth, and while he was in transit defense counsel was unable to reach him on a privileged line. Mr. Andrade has only recently arrived at a new facility, and defense counsel has not yet had an adequate opportunity to consult with him regarding the SEC's opposition. The Motion is supported by Mr. Andrade's affidavit (ECF No. 61-3; see also ECF No. 64), and counsel needs to confer with him before filing the reply.

3. On October 22, 2026, I asked counsel for the SEC whether the SEC would consent to an extension of Defendant Andrade's reply deadline to Wednesday, October 28, 2026. The same day, counsel for the SEC advised in writing that the SEC consents.

4. Previous time modifications (Civil L.R. 6-2(a)(2)). The following time modifications have previously been made in this action, by stipulation, Court order, or Clerk's notice:

(a) September 1, 2020: the Court entered a stipulated order extending the dates for initial disclosures, the Rule 26(f) report, and the initial case management conference (ECF No. 13);

(b) October 2, 2020: the Parties stipulated to extend Defendants' time to respond to the Complaint (ECF No. 14);

(c) October 20, 2020 and December 8, 2020: the Clerk continued the initial case management conference (ECF Nos. 18, 23);

(d) October 26, 2020: the Court granted, as modified, the Parties' stipulation to modify the briefing schedule and hearing date on Defendants' motion to dismiss (ECF Nos. 19, 20);

(e) January 21, 2021: on the Parties' stipulation, the Court stayed this action, including discovery (ECF Nos. 28, 29);

(f) September 5, 2025: the Court extended the stay until 60 days after resolution of restitution in the related criminal case (ECF No. 47);

(g) November 12, 2025: the Court granted a 60-day extension of the deadline to file a status report (ECF No. 51; see also ECF Nos. 49, 50);

(h) January 13, 2026: on the Parties' stipulation, the Court extended the stay by 90 days (ECF Nos. 52, 53);

(i) April 14, 2026: the Court extended the stay by an additional 90 days (ECF Nos. 54, 55); and

(j) July 27, 2026: the Court extended the stay to and including October 12, 2026 (ECF No. 58).

5. There has been no previous modification of the briefing schedule on the Motion. The Court has not yet ruled on the Parties' respective requests regarding the stay set out in their October 12, 2026 Joint Status Report (ECF No. 63).

6. <u>Effect on the schedule (Civil L.R. 6-2(a)(3)).</u> The requested modification would move Defendant Andrade's reply deadline on the Motion from October 23, 2026 to October 28, 2026. No hearing has been set on the Motion. The modification would not affect any other date fixed by Court order in this action.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 23, 2026.

/s/ John M. Pierce
JOHN M. PIERCE

**E-FILING ATTESTATION**

I, John M. Pierce, am the ECF user whose identification and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the other signatories.

/s/ John M. Pierce
JOHN M. PIERCE

**ORDER**

Pursuant to the Parties' stipulation, and good cause appearing, IT IS HEREBY ORDERED that Defendant Rowland Marcus Andrade's reply in support of his Motion for Disqualification of the Honorable Richard Seeborg (ECF No. 61) shall be filed on or before Wednesday, October 28, 2026.

IT IS SO ORDERED.

Dated: 10/26/2026

HON. WILLIAM H. ORRICK
United States District Judge