Charles C. Morgan (pro hac vice)
ccmlegalfirm@yahoo.com
CHARLES C. MORGAN LEGAL PRACTICE, LLC
4151 Pelicans Nest Drive
Bonita Springs, FL 34134
Tel. 609-636-0544

Attorney for Defendant
ROWLAND MARCUS ANDRADE

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br>v.<br><br>NAC FOUNDATION, LLC and ROWLAND MARCUS ANDRADE,<br><br>Defendants. | Case No. 3:20-cv-04188-RS<br><br>**DECLARATION OF CHARLES C. MORGAN IN SUPPORT OF DEFENDANT ROWLAND MARCUS ANDRADE'S REPLY IN SUPPORT OF MOTION FOR DISQUALIFICATION (ECF No. 61)**<br><br>Judge: Hon. William H. Orrick |

I, Charles C. Morgan, declare as follows:

1. I am counsel of record for Defendant Rowland Marcus Andrade in this action, admitted pro hac vice. I also represent Mr. Andrade in United States v. Andrade, No. 3:20-cr-00249-RS (N.D. Cal.). I have personal knowledge of the facts stated in this declaration and, if called as a witness, could and would testify competently to them.

2. The SEC's opposition to Defendant's Motion for Disqualification (ECF No. 65) relies on the record in United States v. Andrade, No. 3:20-cr-00249-RS, which includes more than 800 docket entries, as well as classified-information submissions, *ex parte* filings, and audio exhibits. Despite substantial efforts to condense it, the reply requires approximately 22 pages of text to respond to the record-based arguments in the opposition and to correct the

record where appropriate.

3. Attached as **Exhibit A** is a true and correct copy of an email chain on which I was copied at my email address, cmorganwwt@gmail.com, and which I received. It consists of (a) John M. Pierce's December 24, 2025 email to the courtroom deputy for Judge Seeborg, copying the Assistant United States Attorneys, transmitting the audio exhibits to Crim. Dkt. 811; (b) the courtroom deputy's January 6, 2026 response directing counsel to upload the files through the Court's digital submission link; and (c) the courtroom deputy's January 30, 2026 email stating: "I see three digital recording files uploaded on 1/6/26." Header information at the top of the first page, unrelated to the substance of the chain, and the file-sharing link in the December 24, 2025 email have been redacted.

4. Attached as **Exhibit B** is a true and correct copy of an October 6, 2025 email from Mr. Pierce to the Court's addresses rscrd@cand.uscourts.gov and rspo@cand.uscourts.gov, copying AUSA Christiaan Highsmith, transmitting "the Exhibits to the Reply that we could not upload on PACER," which included Exhibit J-2 to Crim. Dkt. 777. I was not a recipient of that email, but I have seen and reviewed it [as provided to me by Mr. Pierce]. The file-sharing link and password have been redacted.

5. Attached as **Exhibit 1**, and submitted to the Court under the accompanying Notice of Manual Filing, is a true and correct copy of the audio recording transmitted as Exhibit C to Crim. Dkt. 811 by that December 24, 2025 email. It is the Abramoff recording concerning pro-Russian funding for a political-influence campaign, referred to in the CIPA declaration and submission attached to the motion as the "Call to Arms" recording (ECF No. 61-1 ¶ 18; ECF No. 61-2 at 17 & nn.9–10).

6. On October 27, I emailed counsel for the SEC, Michelle Lo, and asked whether the SEC would stipulate to a reply of up to 22 pages. The SEC stated that it declines to stipulate to a reply of up to 22 pages but will not be filing a written opposition to the motion for leave to

file excess pages.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 28, 2026, at Bonita Springs, Florida

/s/ Charles C. Morgan
Charles C. Morgan