# EXHIBIT A

to the Declaration of Charles C. Morgan
in Support of Defendant Rowland Marcus Andrade's
Reply in Support of Motion for Disqualification (ECF No. 61)

Securities and Exchange Commission v. NAC Foundation, LLC, et al.
Case No. 3:20-cv-04188-RS (N.D. Cal.)

**REDACTED**

---

**From:** RS CRD <RSCRD@cand.uscourts.gov>
**Sent:** Friday, January 30, 2026 2:59:04 PM
**To:** John Pierce <jpierce@johnpiercelaw.com>
**Cc:** Highsmith, Christiaan (USACAN) <christiaan.highsmith@usdoj.gov>; Beausey, Karen (USACAN) <karen.beausey@usdoj.gov>; Pamela.Johann@usdoj.gov <Pamela.Johann@usdoj.gov>; Martha.Boersch@usdoj.gov <martha.boersch@usdoj.gov>; Charlie Morgan <cmorganwwt@gmail.com>; Andrew Green <andrew@johnpiercelaw.com>
**Subject:** RE: Manual Filing – Exs. C, F, G to Def.'s Reply (Case No. 3:2-cr-00249-RS)

Hi Mr. Pierce,

I see three digital recording files uploaded on 1/6/26.

Thank you.

**Karen L. Hom**

Courtroom Deputy to Honorable Richard Seeborg

450 Golden Gate Avenue, 16th Floor

San Francisco, CA 94102

United States District Court

Northern District of California

https://cand.uscourts.gov

Karen_Hom@cand.uscourts.gov

Office: 415-522-2123

---

**From:** John Pierce <jpierce@johnpiercelaw.com>
**Sent:** Friday, January 30, 2026 11:02 AM
**To:** RS CRD <RSCRD@cand.uscourts.gov>
**Cc:** Highsmith, Christiaan (USACAN) <christiaan.highsmith@usdoj.gov>; Beausey, Karen (USACAN) <karen.beausey@usdoj.gov>; Pamela.Johann@usdoj.gov; Martha.Boersch@usdoj.gov; Charlie Morgan <cmorganwwt@gmail.com>; Andrew Green <andrew@johnpiercelaw.com>
**Subject:** RE: Manual Filing – Exs. C, F, G to Def.'s Reply (Case No. 3:2-cr-00249-RS)

**CAUTION - EXTERNAL:**

Hello Ms. Hom I just wanted to circle back and tie this up. We uploaded these files the following day. I just wanted to confirm that you received them.

Thank you,

John Pierce

---

**From:** RS CRD <RSCRD@cand.uscourts.gov>
**Sent:** Tuesday, January 6, 2026 3:05 PM
**To:** John Pierce <jpierce@johnpiercelaw.com>
**Cc:** Highsmith, Christiaan (USACAN) <christiaan.highsmith@usdoj.gov>; Beausey, Karen (USACAN) <karen.beausey@usdoj.gov>; Pamela.Johann@usdoj.gov; Martha.Boersch@usdoj.gov; Charlie Morgan

<cmorganwwt@gmail.com>; Andrew Green <andrew@johnpiercelaw.com>

**Subject:** RE: Manual Filing – Exs. C, F, G to Def.'s Reply (Case No. 3:2-cr-00249-RS)

Hi Mr. Pierce,

According to my supervisor, you can access the link to upload the digital files.

**Providing the Submission Link to Parties:**

Parties can access the submission link:

1. Through the **Attorney Practice Resources page** on the court's website: https://cand.uscourts.gov/attorneys/attorney-practice-resources

Please let me know if you have any issues.

**Karen L. Hom**

Courtroom Deputy to Honorable Richard Seeborg

450 Golden Gate Avenue, 16th Floor

San Francisco, CA 94102

United States District Court

Northern District of California

https://cand.uscourts.gov

Karen_Hom@cand.uscourts.gov

Office: 415-522-2123

---

**From:** John Pierce <jpierce@johnpiercelaw.com>
**Sent:** Tuesday, January 6, 2026 5:23 AM
**To:** RS CRD <RSCRD@cand.uscourts.gov>
**Cc:** Highsmith, Christiaan (USACAN) <christiaan.highsmith@usdoj.gov>; Beausey, Karen (USACAN) <karen.beausey@usdoj.gov>; Pamela.Johann@usdoj.gov; Martha.Boersch@usdoj.gov; Charlie Morgan <cmorganwwt@gmail.com>; Andrew Green <andrew@johnpiercelaw.com>
**Subject:** RE: Manual Filing – Exs. C, F, G to Def.'s Reply (Case No. 3:2-cr-00249-RS)

**CAUTION - EXTERNAL:**

Hello Ms. Hom,

I am writing to confirm that you received the recordings in the link below. If it is rejected for any reason, please let me know so that I may promptly resubmit it.

Thank you for your time and assistance.

Best regards,
John Pierce

---

**From:** John Pierce
**Sent:** Wednesday, December 24, 2025 12:17 PM
**To:** RS CRD <rscrd@cand.uscourts.gov>
**Cc:** Highsmith, Christiaan (USACAN) <christiaan.highsmith@usdoj.gov>; Beausey, Karen (USACAN) <karen.beausey@usdoj.gov>; 'Pamela.Johann@usdoj.gov' <Pamela.Johann@usdoj.gov>; Martha.Boersch@usdoj.gov; Charlie Morgan <cmorganwwt@gmail.com>; Andrew Green <andrew@johnpiercelaw.com>
**Subject:** Manual Filing – Exs. C, F, G to Def.'s Reply (Case No. 3:2-cr-00249-RS)

Dear Ms. Hom,

I hope this message finds you well. The exhibits that are part of Dkt. 811, "Defendant’s Reply to Gov. Opp. Motion for Admin Relief to Extend Surrender Date and Ninth Circuit Update," were not submitted via e-filing due to their format as non-textual computer files (audio).

As such, I am emailing them to you directly.

- **Ex. C** [ECF No. 811-4]: Abramoff Russia Funds into the USA Recording
- **Ex. F** [ECF No. 811-7]: Foteh-Andrade Social Media Related Recording
- **Ex. G** [ECF No. 811-8]: UCE, CHS, Andrade Attorney, and Andrade (Andrade Attorney knows CHS and UCE are working with the Government)

Please find the referenced exhibits in the link below.

https://drive.google.com/file/d/ **REDACTED**

Should you need any further information or assistance, please don't hesitate to contact me.

Thank you for your attention to this matter.

Best regards,

John Pierce

JOHN PIERCE LAW

CEDS Certified eDiscovery Specialist

This message, including attachments, is confidential and may contain information protected by the attorney-client privilege or work product doctrine. If you are not the addressee, any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this email in error, please destroy it and notify me immediately.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

---

**16.00 KB** 1 embedded image

image001.png 16.00 KB