# EXHIBIT B

to the Declaration of Charles C. Morgan
in Support of Defendant Rowland Marcus Andrade's
Reply in Support of Motion for Disqualification (ECF No. 61)

Securities and Exchange Commission v. NAC Foundation, LLC, et al.
Case No. 3:20-cv-04188-RS (N.D. Cal.)

# Exhibits With Placeholders for Reply

From John Pierce <jpierce@johnpiercelaw.com>

To RS CRD <rscrd@cand.uscourts.gov>, rspo@cand.uscourts.gov

CC Highsmith, Christiaan (USACAN) <christiaan.highsmith@usdoj.gov>

Date Monday, October 6th, 2025 at 7:20 PM

Dear Mr. Hom and Chris—

Here are the Exhibits to the Reply that we could not upload on PACER.

Password: REDACTED

https://piercebainbridge.egnyte.com/fl/ REDACTED

Thank you very much,

John Pierce

JOHN PIERCE LAW

This message, including attachments, is confidential and may contain information protected by the attorney-client privilege or work product doctrine. If you are not the addressee, any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this email in error, please destroy it and notify me immediately.

**16.00 KB** 1 embedded image

image001.png 16.00 KB