# EXHIBIT 1

to the Declaration of Charles C. Morgan
in Support of Defendant Rowland Marcus Andrade's
Reply in Support of Motion for Disqualification (ECF No. 61)

Securities and Exchange Commission v. NAC Foundation, LLC, et al.
Case No. 3:20-cv-04188-RS (N.D. Cal.)

## AUDIO RECORDING — MANUALLY FILED

**Description:** Audio recording of Jack Abramoff concerning pro-Russian funding for a political-influence campaign (the "Abramoff Russia Recording"), referred to in ECF No. 61-1 ¶ 18 and ECF No. 61-2 at 17 & nn.9–10 as the "Call to Arms" recording. Previously filed in *United States v. Andrade*, No. 3:20-cr-00249-RS, as Exhibit J-2 to Crim. Dkt. 777 (Dkt. 777-16) and as Exhibit C to Crim. Dkt. 811 (Dkt. 811-3; see Dkt. 812).

**Method of filing:** This exhibit is an audio file that cannot be filed through CM/ECF. It is being submitted to the Court through the Court's digital file submission link, as directed in the courtroom deputy's January 6, 2026 email (Morgan Decl. Ex. A), and is also being emailed to the Court. A Notice of Manual Filing accompanies this exhibit. A copy is being served on counsel for Plaintiff.