Charles C. Morgan (*pro hac vice*)
ccmlegalfirm@yahoo.com
CHARLES C. MORGAN LEGAL PRACTICE, LLC
4151 Pelicans Nest Drive
Bonita Springs, FL 34134
Tel. 609-636-0544

Attorney for Defendant
ROWLAND MARCUS ANDRADE

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br>v.<br><br>NAC FOUNDATION, LLC and ROWLAND MARCUS ANDRADE,<br><br>Defendants. | Case No. 3:20-cv-04188-RS<br><br>**ORDER GRANTING DEFENDANT'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE A REPLY OF UP TO 22 PAGES**<br><br>Judge: Hon. William H. Orrick |

Having considered Defendant Rowland Marcus Andrade's Administrative Motion for Leave to File a Reply of Up to 22 Pages in Support of Motion for Disqualification (ECF No. 61), and good cause appearing, the motion is GRANTED. Defendant may file a reply of up to 22 pages of text.

IT IS SO ORDERED.

Dated: ____________________, 2026

______________________________
Hon. William H. Orrick
United States District Judge