Charles C. Morgan (pro hac vice)
ccmlegalfirm@yahoo.com
CHARLES C. MORGAN LEGAL PRACTICE, LLC
4151 Pelicans Nest Drive
Bonita Springs, FL 34134
Tel. 609-636-0544

Attorney for Defendant
ROWLAND MARCUS ANDRADE

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br>v.<br><br>NAC FOUNDATION, LLC and ROWLAND MARCUS ANDRADE,<br><br>Defendants. | Case No. 3:20-cv-04188-RS<br><br>**NOTICE OF MANUAL FILING OF EXHIBIT 1 TO DECLARATION OF CHARLES C. MORGAN**<br><br>Judge: Hon. William H. Orrick |

**NOTICE OF MANUAL FILING**

PLEASE TAKE NOTICE that Defendant Rowland Marcus Andrade is manually filing with the Clerk of Court Exhibit 1 to the Declaration of Charles C. Morgan: an audio recording previously submitted in United States v. Andrade, No. 3:20-cr-00249-RS, as Exhibit J-2 to Crim. Dkt. 777 and Exhibit C to Crim. Dkt. 811 (see Crim. Dkt. 812). The exhibit has not been filed electronically because it is an audio file that cannot be filed through CM/ECF. It is being submitted to the Court through the Court's digital file submission link, as directed in the courtroom deputy's January 6, 2026 email (Morgan Decl. Ex. A).

Dated: October 28, 2026

/s/ Charles C. Morgan
Charles C. Morgan (pro hac vice)