Charles C. Morgan (pro hac vice)
ccmlegalfirm@yahoo.com
CHARLES C. MORGAN LEGAL PRACTICE, LLC
4151 Pelicans Nest Drive
Bonita Springs, FL 34134
Tel. 609-636-0544

Attorney for Defendant
ROWLAND MARCUS ANDRADE

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br>v.<br><br>NAC FOUNDATION, LLC and ROWLAND MARCUS ANDRADE,<br><br>Defendants. | Case No. 3:20-cv-04188-RS<br><br>**DEFENDANT ROWLAND MARCUS ANDRADE'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF REPLY IN SUPPORT OF MOTION FOR DISQUALIFICATION (ECF No. 61)**<br><br>Judge: Hon. William H. Orrick |

Pursuant to Federal Rule of Evidence 201, Defendant Rowland Marcus Andrade respectfully requests that the Court take judicial notice of the following records in United States v. Andrade, No. 3:20-cr-00249-RS (N.D. Cal.):

1. Crim. Dkt. 777 (Oct. 6, 2025), Corrected Defendant's Reply Regarding Bond Pending Appeal, including footnote 7 at page 17, stating that the Court reviewed evidence on a USB drive submitted ex parte at Crim. Dkt. 692-2 before issuing its ex parte order at Crim. Dkt. 701, and that the drive's contents would be provided to the Government (RJN Ex. A);
2. Crim. Dkt. 777-16 (Oct. 6, 2025), Exhibit J-2 placeholder, "Abramoff Recording — Russia Funds into USA" (RJN Ex. B);
3. Crim. Dkt. 811-3 (Dec. 24, 2025), Exhibit C placeholder, identifying the recording as "[o]riginally filed at Dkt. 777, Exhibit J-2 (Dkt. 777-16)" (RJN Ex. C); and
4. Crim. Dkt. 812 (Dec. 24, 2025), Notice of Manual Filing of Exhibits C, F, and G to Crim. Dkt. 811 (RJN Ex. D).

A court "may take judicial notice of court filings and other matters of public record." *Reyn's Pasta Bella, LLC v. Visa USA, Inc.*, 442 F.3d 741, 746 n.6 (9th Cir. 2006); Fed. R. Evid. 201(b)(2). Defendant offers these records for the fact of their filing and their contents, namely that the recording was submitted to the Court ex parte and placed in the criminal record on October 6 and December 24, 2025, and not for the truth of any matter asserted in the recording.

Dated: October 28, 2026

Respectfully submitted,
CHARLES C. MORGAN LEGAL PRACTICE, LLC

/s/ Charles C. Morgan
Charles C. Morgan (pro hac vice)
Attorney for Defendant ROWLAND MARCUS ANDRADE