Charles C. Morgan (pro hac vice)
ccmlegalfirm@yahoo.com
CHARLES C. MORGAN LEGAL PRACTICE, LLC
4151 Pelicans Nest Drive
Bonita Springs, FL 34134
Tel. 609-636-0544

Attorney for Defendant
ROWLAND MARCUS ANDRADE

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br>v.<br><br>NAC FOUNDATION, LLC and ROWLAND MARCUS ANDRADE,<br><br>Defendants. | Case No. 3:20-cv-04188-RS<br><br>**CERTIFICAT OF SERVICE**<br><br>Judge: Hon. William H. Orrick |

**Certificate of Service**

I certify that on October 28, 2026, I electronically filed the Administrative Motion for Leave to File a Reply of up to 22 Pages [Civil L.R. 7-11(a)] and accompanying documents on the Court's CM/ECF system, which will automatically serve a Notice of Electronic Filing on all attorneys of record.

/s/ Charles C. Morgan
Charles C. Morgan