United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

v.

NAC FOUNDATION, LLC, et al.,

Defendants.

Case No. 20-cv-04188-RS

**ORDER LIFTING STAY AND SETTING TIME TO ANSWER THE COMPLAINT**

The Securities and Exchange Commission (SEC) filed the complaint in this case in June 2020, and Defendants' motion to dismiss was denied on January 8, 2021. Given the overlap with a related criminal case, the parties stipulated to stay the case pending the outcome of that trial, in which the jury reached a verdict on March 12, 2025. Nonetheless, the parties repeatedly requested to extend the stay; the most recent stipulation preserved the stay until October 12, 2026. Just prior to that expiration, Defendants filed a motion for disqualification on October 2. That motion was referred to Judge Orrick on October 7.

In a joint status report submitted on October 12, the SEC asked for the stay to be lifted and proposed a case schedule that would require an answer to the complaint by December 24, 2026. Defendants asked to defer decision on the stay and any scheduling until after the motion for disqualification was resolved, since the outcome of that motion would determine the presiding judge going forward. Defense counsel also highlighted issues with contacting their client confidentially to prepare an answer to the complaint or discuss the case generally. They indicated

that the SEC's proposed schedule would not give sufficient time for such consultations because Defendant Andrade was recently moved to a new facility and was set to be moved again soon. Defendants ultimately sought to extend the stay for another six months, until April 2027.

On November 18, Defendants' disqualification motion was denied. Considering the long delays in adjudicating this case, further delay is not warranted. The stay is therefore lifted.

However, in light of Mr. Andrade's difficulties in coordinating with counsel, a modest extension of time to answer the complaint is appropriate. Balancing these factors, Defendants are directed to answer by January 30, 2027. An initial Case Management Conference will be set for February 18, 2027, with a Joint Case Management Statement due one week prior, on February 11, 2027. The parties should also make Initial Disclosures by February 11, 2027, and should meet and confer no later than February 5 to discuss the other elements of the Case Management Statement as appropriate.

**IT IS SO ORDERED**.

Dated: November 18, 2026

RICHARD SEEBORG
United States District Judge